```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/1/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BEAUCHAMP, on behalf of himself and all others similarly situated,

                        Plaintiffs,

-against-

Petsense, LLC,

                        Defendant.

24 Civ. 1197 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      On February 21, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by April 29, 2024. ECF No. 7. Those submissions are now overdue.

      Accordingly, by **May 20, 2024**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: May 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge