UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _5/28/2024___

KEVIN BEAUCHAMP, on behalf of himself and
all others similarly situated,

                        Plaintiffs,

            -against-                                                24 Civ. 1197 (AT)

Petsense, LLC,                                                      **ORDER**

                        Defendant.

ANALISA TORRES, United States District Judge:

On February 21, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by April 29, 2024.  ECF No. 7.  On May 1, 2024, having received no submissions, the Court extended the deadline to May 20, 2024.  ECF No. 11.  Those submissions are now overdue.

Accordingly, by **June 10, 2024**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a letter stating his intentions regarding the prosecution of this action.  Plaintiff is advised that failure to comply with the Court's orders may result in dismissal for failure to prosecute.

        SO ORDERED.

Dated: May 28, 2024
        New York, New York

                                            _____
                                                    ANALISA TORRES
                                            United States District Judge