```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BEAUCHAMP, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

Petsense, LLC,

                Defendant.

24 Civ. 1197 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On February 21, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by April 29, 2024. ECF No. 7. On May 1 and 28, 2024, having received no submissions, the Court extended the parties' deadline to May 20 and June 10, 2024, respectively. ECF Nos. 11, 12. Those submissions are now overdue.

    Accordingly, by **June 24, 2024**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a letter stating his intentions regarding the prosecution of this action. Plaintiff is advised that failure to comply with the Court's orders shall result in dismissal for failure to prosecute.

    SO ORDERED.

Dated: June 11, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge