**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEVIN BEAUCHAMP, on behalf of himself
and all others similarly situated,

                              Plaintiffs,

                  -against-

PETSENSE, LLC,

                           Defendant.

Docket No: 1:24-cv-01197

**NOTICE OF SETTLMENT**

Now comes the Plaintiff KEVIN BEAUCHAMP, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. On the date of this Notice, a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Parties jointly and respectfully request that the Court stay this case and adjourn all deadlines and conferences, including the deadline in the Order dated June 11, 2024.

3. Further, in light of the Court's threat to dismiss this action for failure to prosecute, Plaintiff's Counsel is obligated to provide Your Honor with a copy of Judge Caproni's Order to Show Cause imposed on Plaintiff's Counsel dated May 17, 2024, attached herein as an exhibit.

Dated:    Hicksville, New York
          June 17, 2024

                                   Respectfully submitted,

                                   */s/ Mars Khaimov*

1

Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com